# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Robert John Golom<br><br>*Defendant(s)* | )<br>)<br>) Case No. 6:19-mj-216-MK<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 5, 2019** in the county of **Lane** in the **_____** District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:
See the Affidavit of Senior Inspector Bryon Carroll.

☑ Continued on the attached sheet.

_____
Complainant's signature

Bryon Carroll, Senior Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/14/2019

_____
Judge's signature

City and state: Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss:   AFFIDAVIT OF BRYON CARROLL

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Bryon Carroll, being duly sworn, do hereby declare and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Senior Inspector with the United States Marshals Service and have been with the United States Marshals Service since November 2010 in multiple agency positions. I am currently the Sex Offender Investigations Coordinator for the District of Oregon. I am a graduate of both the Criminal Investigator Training Program and the United States Marshals Service Academy at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a Deputy United States Marshal, I was a Police Officer for the Gainesville Police Department in Gainesville, Florida, from March 2008 to November 2010. I am a member of the Florida Bar. I have conducted numerous criminal, fugitive, and sex offender investigations.

2. I make this affidavit in support of the criminal complaint and the arrest warrant for Robert John GOLOM for a violation of Title 18, United States Code, Section 2250(a), Failure to Register as a Sex Offender. As set forth below, there is probable cause to believe, and I do believe, that GOLOM is required to register as a sex offender under the Sex Offender Registration and Notification Act, and that he traveled in interstate commerce by moving from Utah to Oregon, and knowingly failed to register, in violation of 18 U.S.C. § 2250(a).

3. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal complaint and the arrest warrant and does not set forth all known facts related to this matter. The information in this affidavit was ascertained during a criminal investigation that included, in part, a review of pertinent documents and records, communications with law enforcement personnel, and communications with individuals related to this matter.

## APPLICABLE LAW

4. Title 18, United States Code, Section 2250(a) provides:

(a) In General.—Whoever—

(1) is required to register under the Sex Offender Registration and Notification Act;

(2)(A) is a sex offender as defined for the purposes of the Sex Offender Registration and Notification Act by reason of a conviction under Federal law (including the Uniform Code of Military Justice), the law of the District of Columbia, Indian tribal law, or the law of any territory or possession of the United States; or

(B) travels in interstate or foreign commerce, or enters or leaves, or resides in, Indian country; and

(3) knowingly fails to register or update a registration as required by the Sex Offender Registration and Notification Act;

shall be fined under this title or imprisoned not more than 10 years, or both.

## PROBABLE CAUSE

5. Summary: GOLOM is a high-risk sex offender with a history of victimizing female teenagers. GOLOM has prior Utah state convictions for Sexual Battery, Sexual Exploitation of a Minor, and Unlawful Sexual Conduct with a 16- or 17-Year-Old. Under the Sex Offender Registration and Notification Act, GOLOM has a current requirement to register as a sex offender. In November 2019, law enforcement located GOLOM at a transient encampment in Eugene, Oregon. GOLOM was inside a tent with a 16-year-old female child. GOLOM was also in possession of multiple weapons, including a large concealed knife. GOLOM had been in Oregon for more than a month and never registered as a sex offender. In violation of the Sex Offender Registration and Notification Act, GOLOM traveled in interstate commerce and failed to register as required.

6. On May 6, 2013, GOLOM was sentenced in the Fourth District Court for the State of Utah for the misdemeanor of Sexual Battery, court case number 121402339-FS.

GOLOM victimized a 14-year-old female child by touching her genitals. GOLOM was 19 years old at the time of the offense.

7.  On January 15, 2019, GOLOM was sentenced in the Fifth District Court for the State of Utah for the felony crimes of Sexual Exploitation of a Minor and Unlawful Sexual Conduct with a 16- or 17-Year-Old, court case number 181500915-FS. GOLOM victimized a 17-year-old female child. GOLOM was 24 years old at the time of the offenses.

8.  On August 7, 2019, GOLOM registered as a sex offender in Utah and provided an address of 465 2670 West in Hurricane, Utah. GOLOM signed an Offender Information Form which listed his registered address and outlined his sex offender requirements. Records show this was GOLOM's last sex offender registration in Utah. Three sections of the Offender Information Form that GOLOM signed are copied below.

> All offenders having a duty to register under Section 77-41-102 are subject to registration requirements in accordance with the Adam Walsh Child Protection and Safety Act of 2006.

> Offenders are required to make notification to:
> • The state or territorial agency in the states where the registrant presently resides and plans to reside when moving across state lines.
> • The out-of-state agency where the offender is living, whether or not the offender is a resident of that state.
> • The out-of-state agency where the offender is a non-resident worker
> • The out-of-state agency where the offender is subject to registration under that state's laws for the time period the offender will be in that state.

> Within THREE (3) WORKING DAYS of ANY change in HABITATION (Residence)
> I must provide my physical/residential address where I live to the appropriate agency within three days of any change in habitation as well as any secondary residence or addresses (Secondary residence means any real property the offenders owns or has a financial interest in, OR any location where, in any 12 month period, the offender stays overnight a total of ten or more nights when not staying at the offender's primary residence). This includes adding or changing an address. I understand that being homeless/transient does not release me from my responsibility to register. Post office boxes are only accepted with submission of documentation of physical/residential address. This includes relocation out of the State of Utah.

9.  On November 5, 2019, a Eugene Police Department officer responded to a property located on the 200 block of Jefferson Street in Eugene in response to a report that individuals were camping and trespassing on the property. The officers contacted several individuals at a transient encampment on the property. GOLOM and a second individual were in a tent together. The second individual was identified as a 16-year-old female child. GOLOM was 26 years old. Five other individuals were in three additional tents. GOLOM began walking

**Affidavit of Bryon Carroll**                                                                 **Page 3**

away as the officer was attempting to identify the individuals. The officer subsequently contacted GOLOM near the intersection of Jefferson Street and West 4th Avenue in regards to the trespassing on the property. A records check revealed GOLOM was a convicted sex offender from Utah. The officer advised GOLOM of his Miranda rights. GOLOM said he understood his rights. Post-Miranda, GOLOM said he had been in Eugene for the past month. GOLOM said he had traveled from Utah on a bus and provided the name of the bus company. GOLOM said he had not registered as a sex offender locally or in the state of Oregon since he arrived in Oregon a month ago. A search of a bag that GOLOM was carrying revealed multiple weapons including a machete, the head of a golf club, and a copper pipe with an attached handle. GOLOM also had a large hunting knife concealed under his clothing. The officer contacted me during this incident.

10. On November 5, 2019, I requested travel records from the bus company. Per the bus company, a bus passenger named Robert GOLOM departed from St. George, Utah, on September 28, 2019, and arrived in Eugene/Springfield, Oregon, on September 29, 2019, via stops in Las Vegas, Nevada, and Los Angeles, California.

11. On November 6, 2019, I completed multiple law enforcement and public database queries on GOLOM. These queries showed GOLOM previously registered as a sex offender in Utah and had never registered as a sex offender in Oregon.

12. As of November 6, 2019, per the Oregon State Police Sex Offender Registration Section, GOLOM has never registered as a sex offender in Oregon.

13. GOLOM has criminal histories in Utah and Oregon as well as a federal criminal history. GOLOM has prior convictions for sex offenses, violent offenses, property offenses, and controlled substance offenses as well as additional offenses. GOLOM also has multiple prior community supervision violations.

14. Under the Sex Offender Registration and Notification Act, GOLOM has a current requirement to register as a sex offender. Under Utah state law, GOLOM has a lifetime requirement to register as a sex offender in Utah. GOLOM is required to register as a sex offender in Utah due to his convictions for Sexual Exploitation of a Minor and Unlawful Sexual Conduct with a 16- or 17-Year-Old. Under Oregon state law, GOLOM has a lifetime requirement to register as a sex offender in Oregon.

15. Based on the above information, I believe GOLOM is required to register as a sex offender under the Sex Offender Registration and Notification Act, traveled in interstate commerce by moving from Utah to Oregon, and knowingly failed to register. As such, I believe there is probable cause that GOLOM failed to register as a sex offender as required under 18 U.S.C. § 2250(a), and I respectfully request this Court issue the requested criminal complaint and arrest warrant.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

**Affidavit of Bryon Carroll**                                                                                              **Page 5**

16. This affidavit, and the requested criminal complaint and arrest warrant, were reviewed by Assistant United States Attorney (AUSA) Jeffrey Sweet prior to being presented to the Court. AUSA Sweet informed me that, in his opinion, the affidavit sets forth sufficient facts to establish probable case for the criminal complaint and the arrest warrant.

_____
BRYON CARROLL
Senior Inspector
United States Marshals Service

Subscribed and sworn to me this 14 day of November, 2019.

_____
HONORABLE MUSTAFA T. KASUBHAI
United States Magistrate Judge