AO 442 (Rev. 11/11) Arrest Warrant

2065-1114-0364-P

10251084

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
| v. | ) | Case No. 6:19-mj-216-MK |
| Robert John Golom | ) | ORIGINAL |
| _Defendant_ | ) | |

FILED 15 NOV '19 15:05 USDC-ORE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Robert John Golom ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Robert John Golom is required to register as a sex offender under the Sex Offender Registration and Notification Act, traveled in interstate commerce by moving from Utah to Oregon, and knowingly failed to register, in violation of 18 U.S.C. § 2250(a).

Date: 11/14/2019

_Issuing officer's signature_

City and state: Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge
_Printed name and title_

### Return

| This warrant was received on *(date)* 11/14/2019 , and the person was arrested on *(date)* 11/15/2019 |
| at *(city and state)* EUGENE, OR . |

Date: 11/15/2019

_Arresting officer's signature_

Brian Nelson, DUSM
_Printed name and title_