# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:19-cr-524-mc |
| v. | INDICTMENT |
| ROBERT GOLOM, | 18 U.S.C. § 2250(a) |
| Defendant. | |

### THE GRAND JURY CHARGES:

#### COUNT 1
(Failure to Register as a Sex Offender)
(18 U.S.C. § 2250(a))

On or before November 5, 2019, in the District of Oregon and elsewhere, defendant **ROBERT GOLOM**, a person who is required to register under the Sex Offender Registration and Notification Act as a sex offender by reason of a conviction under Utah law to wit: a Utah state conviction in Case Number 181500915-FS, for the crimes of Sexual Exploitation of a Minor and Unlawful Sexual Conduct with a 16 or 17-year old, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act;

///

///

///

In violation of Title 18, United States Code, Sections 2250(a).

Dated: November 20, 2019

A TRUE BILL.

███████
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*[signature: Jeff Sweet]*

JEFFREY S. SWEET
Assistant United States Attorney